IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:14 CV 586

| | |
|---|---|
| AMERICAN UNITED LIFE INSURANCE COMPANY, | ) ) ) |
| Plaintiff/Stakeholder in Interpleader, | ) ) ) |
| v | ) ) ) |
| STEVEN BRUCE SUMPTER and JOANNA ARTHER, | ) ) ) |
| Defendants/Claimants in Interpleader. | ) ) |

**ORDER**

**THIS MATTER** is before the undersigned pursuant to Plaintiff's motion to Strike Defendant Joanna Arthur's Jury Demand (#15). An examination of the motion does not show that Plaintiff's counsel has conferred or attempted to confer or attempted to resolve in good faith, the issue brought forth in the motion. LCvR 7.1(B) provides as follows:

> LCvR 7.1(B)
>
> **(B) Requirement of Consultation**. Any motions other than for dismissal, summary judgment, or default judgment shall show that counsel have conferred or attempted to confer and have attempted in good faith to resolve areas of disagreement and set forth which issues remain unresolved.

Due to the fact Plaintiff's counsel has failed to comply with LCvR 7.1(B),

1

the Plaintiff's motion will be denied without prejudice.

## ORDER

**IT IS, THEREFORE**, **ORDERED** that Plaintiff's Motion to Strike Defendant Joanna Arthur's Jury Demand (#15) is **DENIED** without prejudice.

Signed: December 17, 2014

Dennis L. Howell
United States Magistrate Judge