# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# 3:14cv586

| | | |
|---|---|---|
| **AMERICAN UNITED LIFE INSURANCE COMPANY.,** | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | **ORDER** |
| **STEVEN BRUCE SUMPTER and JOANNA ARTHUR,** | ) ) ) ) | |
| Defendants. | ) ) | |

Pending before the Court is the Motion to Strike [# 18]. Plaintiff moves to strike Defendant Joanna Arthur's demand for a jury trial. Counsel for both Defendants consent to the Motion to Strike [# 18]. Upon a review of the motion and the record, and for good cause shown, the Court **GRANTS** the motion [# 18]. The Court **STRIKES** Defendant Arthur's demand for a jury trial with respect to her Counterclaim. Defendant Sumpter's request for a jury trial as to his Crossclaim against Defendant Arthur shall remain.

Signed: February 3, 2015

Dennis L. Howell
United States Magistrate Judge