IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| AMERICAN UNITED LIFE INSURANCE COMPANY, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) Case No. 3:14-CV-586-GCM-DLH ) |
| STEVEN BRUCE SUMPTER and JOANNA ARTHUR, | ) ) ) ) |
| Defendants. | ) ) |

## ORDER

**THIS MATTER** is before the Court concerning the parties Certification of Initial Attorney Conference and Discovery Plan (Doc. No. 21), Defendant Sumter's Memorandum in Support of Customary Discovery Order (Doc. No. 26), and Defendant Arthur's Memorandum (Doc. No. 25). The Court has carefully reviewed the parties' contentions, and the arguments in Defendant Sumter's Memorandum appear to be correct.

**IT IS THEREFORE ORDERED** that the parties are directed to meet and confer and propose a new Rule 26(f) report which allows for discovery on Defendant Sumter's crossclaims. The parties are directed to file this report within twenty-one (21) days of the date of this order.

**SO ORDERED.**

Signed: March 17, 2015

Graham C. Mullen
United States District Judge