IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:14-CV-586-GCM

| | |
|---|---|
| AMERICAN UNITED LIFE INSURANCE COMPANY, <br> Plaintiff, <br> v. <br> STEVEN BRUCE SUMPTER and JOANNA ARTHUR, <br> Defendants. | ORDER |

**THIS MATTER IS BEFORE THE COURT** on its own motion. Given the nature of this case, it is ORDERED that the referral to Magistrate Judge Dennis Howell be withdrawn.

**IT IS SO ORDERED.**

Signed: March 26, 2015

Graham C. Mullen
United States District Judge