# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

| | |
|---|---|
| AMERICAN UNITED LIFE INSURANCE COMPANY, <br><br> Plaintiff and Stakeholder in Interpleader, <br><br> v. <br><br> STEVEN BRUCE SUMPTER and JOANNA ARTHUR, <br><br> Defendants and Claimants in Interpleader. | Case No.: 3:14-cv-00586-GCM-DLH <br><br> **ORDER** |

**THIS MATTER** comes before this Court, with consent of all parties, upon Motion for Discharge and Dismissal of Plaintiff and Stakeholder in Interpleader American United Life Insurance Company ("AUL") (Doc. No. 31).

Upon good cause shown, it is hereby **ORDERED, ADJUDGED AND DECREED** as follows:

1. AUL is hereby dismissed, with prejudice, from this Lawsuit pursuant to Rule 41 of the Federal Rules of Civil Procedure;

2. All parties to this action are permanently enjoined from filing suit against AUL or otherwise seeking recovery against AUL in connection with, related to or arising from the distribution of proceeds payable under group policy # G 00611917-0000-000 (the "group policy"), resulting from the death of Mr. Steven Arthur; and

3. All parties bear their own fees and costs.

**IT IS SO ORDERED.**

Signed: June 2, 2015

Graham C. Mullen
United States District Judge