# United States District Court
# Western District of North Carolina
# Charlotte Division

| | | |
|---|---|---|
| Steven Bruce Sumpter, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 3:14-cv-00586-GCM |
| | ) | |
| vs. | ) | |
| | ) | |
| Joanna Arthur | ) | |
| Defendant(s). | | |

DECISION BY COURT. This action having come before the Court on findings of fact and conclusions of law consistent with the jury's verdict and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's January 14, 2016 Order.

January 14, 2016

Frank G. Johns, Clerk
United States District Court